[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12167
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cr-00050-MMH-JBT-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


DENNIS BURTON,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 12, 2015)

Before HULL, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Dennis Burton in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  In response, Burton has raised several issues he contends are meritorious and moved for appointment of new counsel and an extension of time in which to file his appellate brief.  Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Burton's motions for appointment of counsel and an extension of time are **DENIED**, and Burton's conviction and sentence are **AFFIRMED**.